IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
03 APR -7 PM 1:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

DONALD MOONEYHAM,            )
              PLAINTIFF,     )
VS.                          )   CV-03-H-755-S
CITY OF ADAMSVILLE;          )
JUDGE ROY LANDRUM; LEWIS
COCHRAN; and DA MILTON BARKER, )
              DEFENDANTS.    )

ENTERED
APR - 7 2003

**MEMORANDUM OF DECISION**

The court has before it the April 3, 2003 complaint of plaintiff, together with the application for appointment of an attorney and for authority to commence this action without prepayment of fees.  It is clear from a review of the complaint that the Rooker-Feldman doctrine[1] mandates the dismissal of any aspect of this action pursued under 42 U.S.C. § 1983 as the factual basis for any such action is inextricably intertwined with the state court judgment of conviction.  Further, the Younger v. Harris[2] abstention doctrine requires abstention of the aspect of this case related to the criminal prosecution.

---

[1] See e.g., Goodman ex rel. Goodman v. Sipos, 259 F.3d 1327, 1332 (11th Cir. 2001).

[2] Younger v. Harris, 401 U.S. 37 (1971).

3

A separate order will be entered (1) authorizing the commencement of this action without prepayment of fees; (2) denying the request for the appointment of an attorney; and, (3) dismissing this action.

DONE this  7th  day of April, 2003.

*James H. Hancock*
SENIOR UNITED STATES DISTRICT JUDGE